SCWC-13-0005192

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CORINNE GRACE LANKFORD,
Respondent/Plaintiff-Appellee,

vs.

KIRK MATTHEW LANKFORD,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0005192; FC-D NO. 08-1-2336)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Kirk Matthew Lankford's

Application for Writ of Certiorari, filed on July 10, 2015, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, August 24, 2015.

Kirk M. Lankford
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

